United States District Court
Southern District of Texas
ENTERED
APR 27 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Maria de Jesus Rey
Plaintiff

versus

Dillard's Department Store
Defendant

CIVIL ACTION B-98-187

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.   ☐ Bench  ☑ Jury

2. New parties must be joined by: __7/22/99__

   Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by: __9/22/99__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: __12/22/99__

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by: __2/22/2000__

*************************************************************************

7. Joint pretrial order is due: __03-21-2000__

   The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __04-06-2000__

   The case will remain on standby until tried.

9. Jury Selection: __04-11-2000 9 AM__

Signed __April 22__, 199_9_, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge