```
                                              United States District Court
                                              Southern District of Texas
                                                      ENTERED

                                                    MAY 24 1999

                                              Michael N. Milby, Clerk of Court
                                              By Deputy Clerk _____
```

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

De Jesus Rey § 
§ 
versus § CIVIL ACTION B- 98-187
§ 
Dillards Dept. Store §

## Order Setting Conference

1. A status conference will be held on:

   __10-21__, 1999

   at __1:30 p__.m.   From 6-18-99

   Courtroom, Fourth Floor
   United States Courthouse
   500 Easts Tenth Street
   Brownsville, Texas 78521.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear in person by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed _____, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge