United States District Court
Southern District of Texas
FILED

JUN 21 1999

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT OF TEXAS

De Jesus Ray §
§
versus §    CIVIL ACTION B- 98-187
§
§
Dillards Department Store §

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

Order Setting Conference

JUN 2 9 1999

Michael N. Milby, Clerk

1.  A status conference will be held on:

    _____08-18_____, 1999

    at ___10:15___ .m.

    Courtroom, Fourth Floor
    United States Courthouse
    500 Easts Tenth Street
    Brownsville, Texas 78521.

2.  To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3.  Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4.  The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

    Signed _____June 21_____, 1999, at Brownsville, Texas.

                                    _____
                                    Hilda G. Tagle
                                    United States District Judge