11

United States District Court
Southern District of Texas
ENTERED

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS
                                                              JUL 21 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

De Jesus Rey §
§
versus §    CIVIL ACTION B- 98 -187
§
Dillards Dept. Store §
§

## Order Setting Conference

1. A status conference will be held on:

    __09-23__, 1999

    at __9:00__ A.m.

    Courtroom, Third Floor
    United States Courthouse
    600 East Harrison Street, #306
    Brownsville, Texas 78520.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear in person by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed __July 19th__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge