13

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

SEP 23 1999

Michael N. Milby
Clerk of Court

De Jesus Ruiz §
§
versus § CIVIL ACTION B- 98-187
§
Dillards Dept. Store §
§

## Order Setting Conference

1. A status conference will be held on:

   _____11-03_____, 1999

   at __9:00__ A..m.

   Courtroom, Third Floor
   United States Courthouse
   600 East Harrison Street, #306
   Brownsville, Texas 78520.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear in person by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed _September 23_, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge