*14*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

*United States District Court*
*Southern District of Texas*
*FILED*
**SEP 24 1999**
Michael N. Milby
Clerk of Court
By: _____

De Jesus Rey § 
versus § 
 § CIVIL ACTION B- 98-187
 § 
Dillards Dept. Store § 

## Order Resetting Trial And Jury Selection

The docket call and final pretrial conference set  04-06-2000  has been reset to:  03-30-2000  at 1:30 p.m. Jury Selection has been reset to  04-03-2000  at 9:00 a.m.

Signed  September 24 , 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge