19

United States District Court
Southern District of Texas
ENTERED

NOV 18 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DE JESUS REY, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-98-187 |
| DILLARD'S DEPARTMENT STORE, | § § § | |
| Defendant. | § | |

### Final Order of Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this __17__ day of November 1999.

Hilda G. Tagle
United States District Judge